UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **TERRY RANKIN,** | |
| **Plaintiff,** | **Civil Action No. 1:17-cv-00358** |
| v. | **District Judge** _____ |
| **HSBC Bank USA, N.A. as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE2, Asset Backed Pass-Through Certificates,** | **Magistrate Judge** _____ |
| **Defendant.** | |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

Comes Defendant, HSBC Bank USA, N.A. as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE2, Asset Backed Pass-Through Certificates ("Defendant") by and through counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and hereby give notice of the removal of the above-styled civil action to this Court.

The removed action is styled *Terry Rankin v. HSBC Bank USA, N.A. as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE2, Asset Backed Pass-Through Certificates* and was originally filed in the Chancery Court for Hamilton County, Tennessee, Case No. 17-0840. Attached to this Notice as **Exhibit A** is a copy of the Complaint filed in the case in the Chancery Court of Hamilton County, Tennessee, on November 29, 2017. To the best of Defendant's knowledge, this is the only pleading that has been filed with the Chancery Court Clerk and Master as of the date of the filing of this Notice of Removal, and is the only document received by Defendant. Defendant has not been served with the

4845-7998-0376 v2
2790751-000121

Complaint or Summons and expressly reserves all defenses related to insufficient service of process.

In his Complaint, Plaintiff alleges violations of federal law. Specifically, Plaintiff claims Defendant violated the federal Consumer Financial Protection Act ("CFPA") and brings his claim pursuant to 12 C.F.R. 1024.41(a). [Complaint, ¶ 18.] Therefore, this action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.") Plaintiff's claim for "Wrongful Foreclosure" is predicated on Plaintiff's CFPA claim [Complaint, ¶¶ 15, 16] and is therefore within the supplemental jurisdiction of this Court. 28 U.S.C. § 1367(a). Accordingly, this matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.")

Defendant received a copy of the Complaint on or after November 29, 2017. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

Pursuant to 28 U.S.C. § 1446(d), notice of the filing of the removal of this action has been sent to Plaintiff, in care of his attorney, and to the Clerk and Master of the Chancery Court for Hamilton County, Tennessee, and copies of those Notices are attached to this Notice as **Collective Exhibit B**.

WHEREFORE, Defendant respectfully gives notice of the removal of the above-styled civil action pending against them in the Chancery Court for Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga.

4845-7998-0376 v2
2790751-000121

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By: s/Justin Sveadas
Justin Sveadas, #022305
Jamie L. Morton, #031243
633 Chestnut Street
Suite 1900
Chattanooga, TN 37450-1800
(423) 756-2010 (phone)
(423) 752-9589 (fax)
jsveadas@bakerdonelson.com
jmorton@bakerdonelson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on December 29, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Peter C. Ensign, Esq.
6111 Shallowford Rd., Suite 105C
Chattanooga, TN 37421

s/Justin Sveadas
Justin Sveadas, Esq.